IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

VS.                             CRIMINAL NO. 3:05cr92WHB-JCS

DELVIN R. LACKEY

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the indictment filed June 7, 2005, against the defendant.

                              DUNN LAMPTON
                              United States Attorney

                        By: _____
                              G. W. BOND
                              Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this ___ day of November, 2005.

                              _____
                              UNITED STATES DISTRICT JUDGE